# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **EUGENE SCALIA**, Secretary of Labor, United States Department of Labor, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil action no.: 1:19-cv-7719 |
| **PORKCHOP HYDE PARK, LLC;** and **JOVANIS ANIS BOUARGOUB,** an individual, | ) ) ) ) | Hon. Thomas M. Durkin Magistrate Maria Valdes |
| Defendants. | ) ) | |

## SECRETARY OF LABOR'S MOTION FOR JUDGMENT BY DEFAULT OF DEFENDANTS PORKCHOP HYDE PARK, LLC AND JOVANIS ANIS BOUARGOUB

Now comes, **EUGENE SCALIA**, Secretary of Labor, United States Department of Labor, Plaintiff in the above-entitled action, and shows that Plaintiff filed a Complaint; Plaintiff filed Defendants' Waivers of Service; Defendants failed to file an answer or any other motion; and therefore, Defendants have failed to defend this matter. Default was entered by the Court on the 27th day of February, 2020.

Wherefore, Plaintiff moves that this Court make and enter a judgment permanently enjoining and restraining Defendants, **PORKCHOP HYDE PARK, LLC**, an Illinois Limited Liability Company**,** and **JOVANIS ANIS BOUARGOUB**, an individual, and agents, officers, servants, employees, and those persons in active concert or participation with them, from violating the provisions of sections 6, 7, 11, and 15 of the Fair Labor Standards Act of 1938, as Amended (29 U.S.C. §201 et seq.)("the Act") and order Defendants to pay $54,646.00, which represents the unpaid minimum wage and overtime compensation due to their employees under the Act, as well as $54,646.00 in liquidated damages under 29 U.S.C. § 216(c).

Respectfully submitted,

**KATE S. O'SCANNLAIN**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

/s/  Bruce C. Canetti
**BRUCE C. CANETTI**
Senior Trial Attorney

**P.O. ADDRESS:**
U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street
Eighth Floor
Chicago, Illinois 60604
Telephone:  312/353-3271

Attorneys for **EUGENE SCALIA**, Secretary of Labor, United States Department of Labor, Plaintiff

# CERTIFICATE OF SERVICE

I certify that the undersigned electronically filed this *Secretary of Labor's Motion for Judgment by Default of Defendants Porkchop Hyde Park, LLC and Jovanis Anis Bouargoub* in case number 1:19-CV-07719 with the Clerk of the Court using the CM/ECF system. I further certify that the undersigned caused a copy of this *Motion* to be served this 3rd day of March 2020, by U.S. mail to the following individuals:

> Porkchop Hyde Park, LLC
> 1471 W. Irving Park Rd, 2E
> Chicago, IL 60613
>
> Jovanis Anis Bouargoub
> 1471 W. Irving Park Rd, 2E
> Chicago, IL 60613

/s/ Bruce C. Canetti
**BRUCE C. CANETTI**
Senior Trial Attorney